**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| v. | : | NO. 07-29 |
| **SHEAR NOBLES** | : | |

## ORDER

**AND NOW**, this 17th day of March, 2015, upon consideration of the Motion for Authorization to File a Second or Successive Motion to Vacate, Set Aside or Correct Sentence Under 28 U.S.C. § 2255 (Document No. 71) which is treated as a § 2255 motion, it is **ORDERED** that the motion is **DENIED**.

**IT IS FURTHER ORDERED** that there is no probable cause for the issuance of a certificate of appealability.

      /s/Timothy J. Savage
    TIMOTHY J. SAVAGE, J.